UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Barry

　　v.　　　　　　　　　　　　　　　　Case No. 24-cv-429-LM AJ

NH Department of Corrections, et al.

ORDER

　　No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 15, 2025.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Landya B. McCafferty
　　　　　　　　　　　　　　　　　　United States District Judge

Date: January 14, 2026

Cc:　Timothy Barry, pro se
　　　Counsel of Record